UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                               Case No. 8:04-cr-274-T-23MSS

JAMES EDGAR JACKSON
_____/

**ORDER**

James Edgar Jackson moves (Doc. 38) to suppress certain testimony that Jackson presented to a federal grand jury and that constitutes the allegedly perjured testimony for which Jackson is indicted. Jackson alleges that the prosecutor summoned Jackson before the grand jury without advising Jackson of his Fifth Amendment rights and without advising Jackson that he was a "target" of the pending investigation. Jackson alleges that the prosecutor laid a so-called "perjury trap." Jackson requests an evidentiary hearing to prove his allegations.

However, even assuming the accuracy of Jackson's allegations (and eliminating the need for a hearing), the motion fails to state a basis for suppression. The practice described by Jackson ("a practice not to be condoned," says the United States, even as it condones the practice) triggers no presently acknowledged authority, supervisory or otherwise, in the district court to suppress testimony, dismiss indictments, or the like. So, for the reasons and based on the authority cited by the United States (Doc. 41),

Jackson's motion to suppress, motion to dismiss, and motion for a pre-trial evidentiary hearing (Doc. 38) are **DENIED**.

ORDERED in Tampa, Florida, on April 19, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE