UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                   Case No. 8:04-cr-274-T-23MSS

JAMES EDGAR JACKSON

## ORDER

This cause came on for consideration upon the filing of the Government's Emergency Motion to Take Videotape Deposition of a Witness Who Will Be Unavailable At Trial or, in the Alternative, Motion to Continue Trial (Dkts. 44, 45) and the Defendant's Response (Dkt. 48). The Court held a hearing on the matter on May 16, 2005.

The Government seeks an order permitting it to take Sheela Patel's video-taped deposition on Thursday, May 19, 2005, in order to preserve her testimony for the trial scheduled for June 6, 2005, as Patel will be traveling outside the country from May 24, 2005, through July 25, 2005. In the alternative, the Government seeks to continue the trial. The Defendant objects to the taking of Patel's video-taped deposition but does not object to the Government's request that the trial be continued. At the hearing, the Defendant orally waived speedy trial through August 31, 2005, to accommodate the needed continuance.

In light of the parties' agreement on the issue of continuance and pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by such a continuance outweigh the interest of the defendant in a speedy trial. Government's Emergency Motion (Dkts. 44, 45) and Defendant's Oral Motion are, therefore, **DENIED** in part and **GRANTED** in part as follows:

(1)   The Government's request to take the video-taped deposition of Sheela Patel is **DENIED**;

(2)   The Defendant's waiver of speedy trial through August 31, 2005, is **ACCEPTED**;

(3)   The request of the Government and the Defendant that the trial of the matter be continued to permit the appearance in person of witness, Sheela Patel, is **GRANTED**. Trial of this matter is continued until the August 1, 2005, trial term. Should the parties wish to obtain a date certain for trial, the parties should file a motion with the District Judge.

**DONE** and **ORDERED** in Tampa, Florida on this 18th day of May, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:

Counsel of Record